**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **SAPAN INAMDAR AND SPI** | ) | |
| **INVESTMENTS, LLC**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  4:26-CV-00832 |
| | ) | |
| **MASSAGE LUXE** | ) | |
| **INTERNATIONAL, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Sapan Inamdar and SPI Investments, LLC, and hereby

dismisses its claims against Defendant Massage Luxe International, LLC, with prejudice.

Each party to bear its own costs and fees.

Dated:  July 15, 2026                    Respectfully submitted,

**The Elster Law Office, LLC**

By:      */s/ Henry P. Elster*
         Henry P. Elster (#62875)
         henry@elsterlaw.com
         7800 Forsyth Blvd., Fifth Floor
         Clayton, Missouri 63105
         (T):  314.727.0868

***Attorneys for Plaintiffs Sapan Inamdar***
***and SPI Investments, LLC***

83080279v1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served via the Court's electronic filing system upon all counsel of record on this 15th day of July, 2025.

*/s/ Henry P. Elster*

83080279v1