**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAPAN INAMDAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00832 CMS |
| | ) | |
| MASSAGE LUXE | ) | |
| INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff Sapan Inamdar and Plaintiff SPI Investments, LLC's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(A) (Doc. 30). In accordance with the Voluntary Dismissal, this matter is **DISMISSED** with prejudice. All pending motions are hereby **DENIED** as moot.

So Ordered this 16th day of July, 2026.

_____
**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**